Frank O. Koepke, Appellant, v. Peter J. Schumacher et al., Defendants. Alice Campo, Appellee.

Gen. No. 43,150.

opinion filed December 11, 1944; rehearing denied December 26, 1944; released for publication December 27, 1944. Reuel H. Grunewald and Robert F. Kolb, for appellant; Harold Omar Mulks, for appellee. Opinion by JUSTICE MATCHETT. Not to be published in full.